**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE MATTER OF: JEREMY ISARD   :   No. 22 WM 2023
                                       :
                                       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of June, 2023, the Motion for Extension of Admission to Practice Law Pursuant to Pa.B.A.R. 311(g) is GRANTED.